1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7  MARK ANTHONY JAEGEL SR, MARK          )   Case No.:  C 09-0242 CW
   ANTHONY JAEGEL JR., Individually and  )
8  on Behalf of All Others Similarly Situated,  )   **ORDER CONTINUING OF CASE**
                                         )   **MANAGEMENT CONFERENCE AND**
9                Plaintiffs,             )   **RELATED DATES**
                                         )
10 vs.                                   )
                                         )
11 THE COUNTY OF ALAMEDA, et al.,        )   Complaint Filed:  January 20, 2009
                                         )
12               Defendants..            )
                                         )
13 _____   )

14

15        Good case appearing therefor, and the parties having so stipulated, the court hereby orders

16 as follows:

17        That the case management conference set for May 19, 2009 is continued to August 11,

18 2009 at 2:00 p.m.

19        That prior to the case management conference, all remaining named defendants shall have

20 either filed a responsive pleading or been dismissed.

21        That the parties shall make initial Rule 26 disclosures and file a joint case management

22 conference statement no later than August 4, 2009.

23        That the parties shall comply with ADR Local Rule 3-5b no later than July 27, 2009.

24        IT IS SO ORDERED

25
   DATED: 5/18/09
26                                          _____
27                                                   CLAUDIA WILKEN
                                             United States District Judge
   25913\463749
28
                                             -1-

   ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES
   *Jaegel, et al. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-0242 CW