1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants
   COUNTY OF ALAMEDA, GREGORY J.
8  AHERN and JASON LUNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY JAEGEL SR, MARK ANTHONY JAEGEL JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No.:  09-0242 CW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXTEND TIME FOR FILING OPPOSITION AND REPLY BRIEFS AS MODIFIED**<br><br>Complaint Filed:  January 20, 2009 |

The undersigned hereby stipulate and jointly request the court to order as follows:

That the hearing on Plaintiffs' motion for class certification be continued to November 12, 2009 at 2:00 p.m.;

That the time for filing Defendants' opposition to said motion be extended to October 2, 2009;

That the time for filing any reply to Defendants' opposition be extended to November 5, 2009.

-1-

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR CLASS CERT., ETC.
*Jaegel, et al. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-0242 CW

DATED: October 1, 2009

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: */s/Gregory J. Rockwell*_____
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants
COUNTY OF ALAMEDA,
GREGORY J. AHERN and JASON LUNA

DATED: October 1, 2009

JOHN R. COGORNO, Attorney At Law

By: */s/ John R. Cogorno*_____
JOHN R. COGORNO, ESQ.
Attorneys for Plaintiffs

**ORDER**

GOOD CAUSE appearing therefore, it is so ordered, **except the hearing will be held on November 19, 2009, at 2:00 p.m.**

Dated: 10/13/09

CLAUDIA WILKEN
United States District Judge

25913\478843

-2-

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR CLASS CERT., ETC.
*Jaegel, et al. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-0242 CW