MICHEL F. MILLS, SBN 193002
THE LAW OFFICES OF MICHEL F. MILLS
A Professional Corporation
14121 Beach Boulevard
Westminster, California 92683
Tel. 714.892.2936 / Fax. 714.892.5806
Email: Lagunalaw@hotmail.com

JOHN R. COGORNO, SBN 63966
ATTORNEY AT LAW
14121 Beach Boulevard
Westminster, California 92683
Tel. 714.892.2936 / Fax. 714.892.5806
Email: cogorno@msn.com

Attorneys for Plaintiffs, Mark Anthony
Jaegel Sr. and Mark Anthony Jaegel Jr.
Individually and on Behalf of all Others Similarly Situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY JAEGEL SR, MARK ANTHONY JAEGEL JR., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>    Defendants, | Case No: CV 09-0242 CW<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND EXTEND TIME FOR FILING REPLY BRIEF AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE **AS MODIFIED**<br><br>Complaint Filed: 1/20/2009 |

The undersigned hereby stipulate and jointly request the court to order as follows:

1.     That Plaintiffs' reply to the Defendants' opposition to the motion for class certification is currently due on or before November 5, 2009, and, because of the press other cases, counsel for Plaintiffs is unable to complete the reply by that deadline.

Stip. and Order To Continue Hrg. On Motion For Class Cert.

2.     That the current hearing date for the motion for class certification of November 19, 2009 at 2:00 p.m. conflicts with a hearing in another matter which cannot be continued and which counsel for the Defendants must personally attend.

Wherefore the parties jointly request that the Court order as follows:

1.     That the hearing on Plaintiffs' motion for class certification be continued to December 10, 2009, at 2:00 p.m.

2.     That the time for filing any reply to Defendants' opposition be extended to November 19, 2009;

3.     That the Case Management Conference currently scheduled for December 15, 2009, at 2:00 p.m. be continued to January 19, 2010, at 2:00 p.m.

DATED: November 3, 2009          */S/ Gregory J. Rockwell*
                                 GREGORY J. ROCKWELL, ESQ.,
                                 Attorney for Defendants, COUNTY OF
                                 ALAMEDA, GREGORY J. AHERN and
                                 JASON LUNA

DATED: November 3, 2009          */S/ John R. Cogorno*
                                 JOHN R. COGORNO, ESQ.,
                                 Attorney for Plaintiffs

DATED: November 3, 2009          */S/ Michel F. Mills*
                                 MICHEL F. MILLS, ESQ.,
                                 Attorney for Plaintiffs

## ORDER

GOOD CAUSE appearing therefore, it is so ordered, **except the Case Management Conference will also be held on December 10, 2009, at 2:00 p.m.**

DATED: _____          Claudia Wilken
        11/4/09
                                 CLAUDIA WILKEN
                                 United States District Court Judge

-2-

Stip. and Order To Continue Hrg. On Motion For Class Cert.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. and Order To Continue Hrg. On Motion For Class Cert.