UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY JAEGEL SR, MARK ANTHONY JAEGEL JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>Defendants.. | Case No.: C 09-0242 CW<br><br>**ORDER CONTINUING MEDIATION DEADLINE**<br><br>Complaint Filed: January 20, 2009 |

Good case appearing therefor, and the parties having so stipulated, the court hereby orders as follows:

That the mediation deadline set for February 11, 2010 is extended to March 31, 2010.

IT IS SO ORDERED

DATED: 1/22/10

_____
CLAUDIA WILKEN
United States District Judge

25913\486876

-1-

(PROPOSED) ORDER CONTINUING MEDIATION DEADLINE

*Jaegel, et al. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-0242 CW