UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARK ANTHONY JAEGEL, Sr., et al.,
    Plaintiff,

v.

COUNTY OF ALAMEDA, et al.,
    Defendants.
_____/

No. C 09-0242 CW MED

**ORDER APPROVING REQUEST FOR DEFENDANTS GREGORY AHERN AND JASON LUNA NOT TO ATTEND THE MEDIATION SESSION**

Date:   March 24, 2010
Mediator:   Jeffrey Goldfien

IT IS HEREBY ORDERED that defendants Sheriff Gregory Ahern and Sheriff's Deputy Jason Luna are excused from personally attending the March 24, 2010 mediation before Jeffrey Goldfien.

IT IS SO ORDERED.

March 11, 2010    By:    *Elizabeth D. Laporte*
Dated                                    Elizabeth D. Laporte
                                             United States Magistrate Judge