UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAEGEL,

        Plaintiff,

  v.

COUNTY OF ALAMEDA,

        Defendant.

Case Number: CV09-0242 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Goldfien
565 Commercial Street., 4th Floor
San Francisco, CA 94111

Dated: March 12, 2010

                                     Richard W. Wieking, Clerk

                                     By: Lili M. Harrell, Deputy Clerk