MICHEL F. MILLS, SBN 193002
THE LAW OFFICES OF MICHEL F. MILLS
A Professional Corporation
14121 Beach Boulevard
Westminster, California 92683
Tel. 714.892.2936 / Fax. 714.892.5806
Email: Lagunalaw@hotmail.com

JOHN R. COGORNO, SBN 63966
ATTORNEY AT LAW
14121 Beach Boulevard
Westminster, California 92683
Tel. 714.892.2936 / Fax. 714.892.5806
Email: cogorno@msn.com

Attorneys for Plaintiff

Gregory J. Rockwell, ESQ. SBN 67305
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
Email: grockwell@bjg.com

Attorneys for Defendants
COUNTY OF ALAMEDA, GREGORY J. AHERN, JASON LUNA and PAUL LISKEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY JAEGEL, et al.,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>　　　Defendants, | Case No:　　　　C09-00242 CW<br>Related Case No:　C09-03181 CW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER<br><br>CMC Hrg Date: 4/13/2010 at 2:00 p.m. |

The undersigned hereby stipulates and jointly requests that the Court order a continuance of the Case Management Conference which is currently scheduled for April

-1-

Stip. To Continue Case Management Conference and [Proposed] Order

13, 2010, at 2:00 p.m. in Courtroom 2, 4th Floor, Oakland, CA.  It is requested that the Case Management Conference be continued ninety (90) days to July 13, 2010, at 2:00 p.m. in Courtroom 2 based on the following:

**DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS**

1. The following progress or changes have occurred since the last case management statement filed by the parties:

(a) Plaintiffs' Motion For Class Certification was partially granted on January 22, 2010.

(b) Defendants GREGORY J. AHERN and JASON LUNA appeared voluntarily, along with the COUNTY OF ALAMEDA.  The remaining defendants were voluntarily dismissed by plaintiffs on December 23, 2009.

(c) On January 20, 2010, the court issued an order relating this action and case #C09-03181, in which plaintiff Mark Jaegel, Sr. seeks damages for the value of 344 game fowl that were seized from his property as part of the investigation of the events giving rise to plaintiffs' arrest.

(d) The parties participated in mediation with court-appointed mediator Jeffrey Goldfein, Esq. on March 24, 2010.  The case was not resolved.

(e) Defendant's counsel took preliminary depositions of Plaintiffs Mark Jaegel, Sr., and Mark Jaegel, Jr., on September 2, 2009, to determine the nature and duration of their incarceration and the nature of any searches of their person associated with their arrest and incarceration.  Defendants' counsel will be scheduling Volume II of Plaintiff Mark Jaegel, Sr., deposition which will address further inquiries pertaining to the search of his person, in addition to the loss of his 344 gamefowl which plaintiff alleges were euthanized in violation of due process requirements and protections set forth in 599aa of the Cal. Pen. Code and pursuant to his 4th, 5th and 14th Amendment Constitutional Rights and Protections.  Defendants' counsel also anticipates deposing the other five persons who

were arrested with plaintiffs, the owners of the property on which the arrests took place, as well as other witnesses who have not yet been identified.

(f) Plaintiffs have propounded their first set of interrogatories and requests for admissions. Additional written discovery will be propounded to Defendants once responses to the initial discovery is received and evaluated.

Defendants anticipate that written discovery will be propounded once the above referenced depositions are complete.

(g) Since both cases are now related and are in the beginning stages of discovery it has been conceded by counsel that the Case Management Conference be continued so that parties can conduct the above discovery and have a better sense of what other discovery may be required, if any, in addition to having a better perspective on offering the Court future hearing dates and deadlines.

Wherefore the parties jointly request that the Court order as follows:

1. That the Case Management Conference currently scheduled for April 13, 2010, at 2:00 p.m. to continued to July 13, 2010, at 2:00 p.m. in Courtroom 2, 4th Floor, Oakland, CA.

It is so stipulated:

DATED: April 7, 2010                              /S/ *Gregory J. Rockwell*

                                                  GREGORY J. ROCKWELL, ESQ.,

                                                  Attorney for Defendants, COUNTY OF

                                                  ALAMEDA,  GREGORY  J.  AHERN,

                                                  JASON LUNA and PAUL LISKEY

-3-
Stip. To Continue Case Management Conference and [Proposed] Order

DATED: April 7, 2010   /S/ *John R. Cogorno*

JOHN R. COGORNO, ESQ.,

Attorney for Plaintiff

DATED: April 7, 2010   /S/ *Michel F. Mills*

MICHEL F. MILLS, ESQ.,

Attorney for Plaintiff

## ORDER

GOOD CAUSE appearing, it is ordered that the Case Management Conference currently scheduled for April 13, 2010, at 2:00 p.m. to continued to July 13, 2010, at 2:00 p.m. in Courtroom 2, 4th Floor 1301 Clay Street, Oakland, CA.

DATED: 4/9/2010   *Claudia Wilken*

Honorable Claudia Wilken

United States District Court Judge