1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MARK ANTHONY JAEGEL SR, MARK ANTHONY JAEGEL JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THE COUNTY OF ALAMEDA, et al., <br><br> Defendants. | Case No.:  09-0242 CW <br><br> Related Case No.: 09-03181 CW <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND** ~~**PROPOSED**~~ **ORDER** <br><br> Complaint Filed:  January 20, 2009 <br><br> CMC Hearing Date:  September 14, 2010 <br> Time:                             2:00 p.m. |

The undersigned hereby stipulate and jointly respectfully request the Court to order as follows:

That due to matters related to other actions, the parties have not been able to timely complete a joint case management conference statement for the joint case management conference set for September 14, 2010 at 2:00 p.m.

Further, initial discovery on both cases have been conducted which have resulted in numerous documents being produced.  Discovery conducted on each action thus far are as follows:

<u>Case number 09-0242 CW:</u>   Interrogatories, Requests for Admissions and Requests for Production of Documents have been propounded by Plaintiffs to all

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER
*Jaegel, et al. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-0242 CW
*Jaegel v. County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-03181 CW

Defendants. Numerous documents have been have been provided by Defendants in response to discovery and plaintiffs are awaiting supplemental responses and documents. Plaintiffs believe the forgoing written discovery primarily in the area of document productions, is a necessary prerequisite to the taking of meaningful depositions. To date, depositions have been taken of Plaintiffs and four (4) Defendant employees and it is expected that additional testimony may be needed once Defendants have complied with Plaintiffs' documents requests. Plaintiffs then can accurately report which additional witness depositions they intend to take. Additional written documents requests are to be propounded by Plaintiffs within the next week.

<u>Case No.: 09-03181 CW</u>: Interrogatories and Requests for Admissions have been propounded by Plaintiffs to all Defendants. Plaintiffs are awaiting Defendants responses.

All parties concede the Case Management Conference be continued so that parties can conduct the above discovery and have a better sense of what other discovery may be required, if any, in addition to having a better perspective on time and offering the Court future hearing dates and deadlines that are determined during the Case Management Conference.

Wherefore the parties jointly request that the Court order as follows:

That the case management conference in both of the above actions set for September 14, 2010 at 2:00 p.m. may be continued to October 12, 2010 at 2:00 p.m., or such other date and time as the court may order.

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER
*Jaegel, et al. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-0242 CW
*Jaegel v. County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-03181 CW

That the parties file a joint case management conference statement no later than October 5, 2010.

DATED: September 10, 2010

                                      BOORNAZIAN, JENSEN & GARTHE
                                      A Professional Corporation

                                      By: */s/Gregory J. Rockwell*
                                            GREGORY J. ROCKWELL, ESQ.
                                                Attorneys for Defendants

DATED: September 10, 2010

                                      JOHN R. COGORNO, Attorney At Law

                                      By: */s/ John R. Cogorno*
                                            JOHN R. COGORNO, ESQ.
                                            Attorneys for Plaintiffs

DATED: September 10, 2010

                                      MICHEL F. MILLS, Attorney At Law

                                      By: */s/ Michel F. Mills*
                                            MICHEL F. MILLS, ESQ.
                                            Attorneys for Plaintiffs

**ORDER**

Good Cause appearing therefore, the Case Management Conference set for September 14, 2010 at 2:00 p.m. in actions 09-0242CW and 09-03181CW is hereby continued to October 12, 2010 at 2:00 p.m. The parties shall file a joint case management conference statement no later than October 5, 2010.

Dated: 9/13/2010

                                      _____
                                      CLAUDIA WILKEN
                                        United States District Judge

-3-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER
*Jaegel, et al. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-0242 CW
*Jaegel v. County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-03181 CW