MICHEL F. MILLS, SBN 193002
THE LAW OFFICES OF MICHEL F. MILLS
A Professional Corporation
14121 Beach Boulevard
Westminster, California 92683
Tel. 714.892.2936 / Fax. 714.892.5806
Email: Lagunalaw@hotmail.com

JOHN R. COGORNO, SBN 63966
ATTORNEY AT LAW
14121 Beach Boulevard
Westminster, California 92683
Tel. 714.892.2936 / Fax. 714.892.5806
Email: cogorno@msn.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY JAEGEL,<br><br>    Plaintiff,<br><br>vs.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>    Defendants, | Case No: C09-00242 CW<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>CMC Hrg. Date:  June 9, 2011<br>Time:           2:00 p.m.<br>Courtroom:      2 |

By Order dated October 12, 2010, this Court set the above referenced action for Case Management Conference on June 9, 2011, at 2:00 p.m, in addition to many related deadlines, pre-trial conference and trial.

The parties have been working diligently to complete discovery. All parties have exchanged written discovery. Plaintiffs have received bankers boxes of documents initially provided on CDs. These documents have been reviewed and continue to be reviewed which are driving the need for further litigation. Depositions of Plaintiffs have been taken.

Plaintiffs have taken the depositions of certain defendants and witnesses, some of which have been completed and others to be scheduled.

One of the reasons the parties jointly seek continuance of the pretrial schedule is their need for Court assistance in resolving a difference of understanding that developed between them. Through the discovery process and through the parties' effort to give class notice, important differences arose between the parties regarding the definitions of the classes this Court certified. In short, the dispute arises from Defendants' counsels' belief "that the description of the class as set forth in the Court's original certification order does not conform to the certification order itself." Defendants hold the opinion that the class definition requires modification. Plaintiffs hold the position that the present definition is accurate, and, if any modification is necessary, any such modification would only expand the size of the class to comport with established Ninth Circuit law.

The parties have worked hard and in good faith to resolve these differences informally and without court intervention. This disagreement has, however, prevented the parties from reaching agreement the content of the class notice. This, in turn, has prevented the parties from disseminating class notice. The parties agree that, despite their best efforts to resolve these differences without need to burden this Court, the time has come to seek the within continuance and to present the issues for determination by this Court.

The undersigned hereby stipulate and respectfully request that the Court continue the Case Management Conference and all pending deadlines as follows:

| | |
|---|---|
| Date of next case management conference: | 1/19/2012 |
| Completion of Fact Discovery: | 10/27/2011 |
| Disclosure of identities and reports of expert witnesses: | 11/16/2011 |
| Completion of Expert Discovery: | 12/16/2011 |
| All case-dispositive motions to be heard at 2:00 p.m. on or before: | 1/26/2012 |

Plaintiffs' counsel intends to file a Motion for Summary Judgment.

| | |
|---|---|
| Plaintiffs' opening brief due: | 11/17/2011 |

| | |
|---|---|
| Defendants' opposition/cross motion (contained within a single brief) due: | 12/15/2011 |
| Plaintiffs' reply/opposition to cross motion (contained within a single brief) due: | 12/29/2011 |
| Defendants' reply due: | 1/12/2012 |
| Final Pre-Trial Conference at 2:00 p.m. on: | 4/03/2012 |
| A 10 day Jury Trial will begin at 8:30 a.m. on: | 4/16/2012 |

Accordingly, the parties respectfully request and jointly stipulate to the above listed continuances.

It is so stipulated.

DATED: 6/2/2011     /S/ *Gregory J. Rockwell*
GREGORY J. ROCKWELL, ESQ.,
Attorney for Defendants, COUNTY OF
ALAMEDA and PAUL LISKEY

DATED: 6/2/2011     /S/ *John R. Cogorno*
JOHN R. COGORNO, ESQ.,
Attorney for Plaintiff

DATED: 6/2/2011     /S/ *Michel F. Mills*
MICHEL F. MILLS, ESQ.,
Attorney for Plaintiff

## ORDER

Satisfactory proof having been made, and good cause appearing,

IT IS ORDERED that the above listed continuances are granted, except that case management conference will be held on Jan. 26 at 2 pm.

DATED: 6/3/2011     _____
CLAUDIA WILKEN
US District Court Judge