IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK ANTHONY JAEGEL SR,

    Plaintiff,

  v.

COUNTY OF ALAMEDA,

    Defendant.
    _____/

No. C 09-00242 CW

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

IT IS HEREBY ORDERED that the further case management conference previously set for Thursday, January 26, 2012, is continued to Wednesday, August 1, 2012, at 2:00 p.m. The case management statement is due by July 25, 2012. The pretrial previously set for April 4, 2012 and the jury trial previously set for April 16, 2012, are vacated. Plaintiffs' third cause of action for false arrest and false imprisonment, and all claims against Defendant Luna are dismissed with prejudice at Plaintiffs' request.

Dated: 1/23/2012

CLAUDIA WILKEN
United States District Judge